CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**,<br><br>　　Plaintiff,<br><br>　v.<br><br>**Milan Kiser,** in individual and representative capacity as trustee of the Milan and Diana Kiser Revocable Trust dated August 19, 2003;<br>**Diana Kiser,** in individual and representative capacity as trustee of the Milan and Diana Kiser Revocable Trust dated August 19, 2003;<br>**Frank P. Rofail**;<br>**David Matthew Taylor**,<br><br>　　Defendants.<br>_____<br>**Milan and Diana Kiser,** as trustees of the Milan and Diana Kiser Revocable Trust dated August 19, 2003,<br><br>　　Counterclaimants,<br><br>　v.<br><br>**Chris Langer**, an individual; and Roes 1-20,<br><br>　　Counterclaim Defendants. | Case 3:18-cv-00195-BEN-NLS<br><br>**Chris Langer's Answer to the Counterclaim** |

Counterclaim defendant Chris Langer ("Langer") answers the counterclaim as follows:

1. Langer admits the allegations in this paragraph.
2. Langer admits the allegations of this paragraph, but denies that parking is prohibited by *customers* of the retail tenants.
3. Langer admits that no specific parking space is reserved for patrons of 1 Stop Smoke Shop or Gour Maine Lobster.
4. Langer admits the allegations of this paragraph.
5. Langer admits that he intentionally entered the parking lot but denies that he parked his vehicle. Langer denies that he knew or should have known that the parking lot was private in the sense that it was not available to business customers of the retail stores on site.
6. Langer denies that his entrance onto the property was unauthorized and contends that he was invited onto the property by the signs on the property.
7. Langer admits the allegations of this paragraph.
8. Langer denies the allegations of this paragraph.
9. Langer denies the allegations of this paragraph.
10. Langer denies the allegations of this paragraph.

Dated: November 12, 2019        CENTER FOR DISABILITY ACCESS

By: */s/ Russell Handy*
Russell Handy, Esq.
Attorney for Counterclaim Defendant