MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

LANGER VS KISER, ET AL.

Case Number: 18CV0195-BEN(AHG)   WITNESS LIST   Bench Trial

| DATE | PLF | DEF | WITNESS NAME |
|---|---|---|---|
| 9-30-2020 | X | | CHRIS LANGER |
| 9-30-2020 | X | | DAVID TAYLOR |
| 9-30-2020 | | X | MILAN KISER |