Samy S. Henein, Esq. (#171356)
SUPPA, TRUCCHI & HENEIN, LLP.
3055 India Street
San Diego, CA 92103-6013
Telephone No. (619) 297-7330

Attorneys for DIANA KISER and MILAN KISER INDIVIDUALLY AND AS TRUSTEES OF THE MILAN AND DIANA KISER REVOCABLE TRUST DATED AUGUST 19, 2003

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>　　　　Plaintiff,<br>v.<br><br>Milan Kiser, in individual and representative capacity as trustee of the Milan and Diana Kiser Revocable Trust dated August 19, 2003; Diana Kiser, in individual and representative capacity as trustee of the Milan and Diana Kiser Revocable Trust dated August 19, 2003; Frank P. Rofail; David Matthew Taylor; and Does 1-10,<br><br>　　　　Defendants.<br>_____<br><br>Milan and Diana Kiser as Trustees of the Milan and Diana Kiser Revocable Trust dated August 19, 2003,<br><br>　　　　Counterclaimaints,<br>v.<br><br>Chris Langer; and Roes 1-20,<br><br>　　　　Counterclaim Defendants.<br>_____ | Case No.: 18-CV0195 BEN NLS<br><br>**DECLARATION OF SAMY HENEIN IN SUPPORT OF DEFENDANTS MILAN AND DIANA KISER'S MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS AGAINST PLAINTIFF CHRIS LANGER**<br><br>Date: March 22, 2021<br>Time: 10:30 a.m.<br>Ctrm: 5A<br><br>Hon. Roger T. Benitez |

---

**DECLARATION OF SAMY HENEIN IN SUPPORT OF DEFENDANTS MILAN AND DIANA KISER'S MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS AGAINST PLAINTIFF CHRIS LANGER**　　1

1. I, Samy Henein, Esq. am over 18 years of age. I am an attorney duly licensed to practice in the State of California and am a member of the Bar of this Court.

2. I am fully competent to make this declaration, and I have personal knowledge of the facts stated in this herein. To my knowledge, all of the facts stated in this declaration are true and correct.

3. I am a partner of the firm of Suppa, Trucchi & Henein, LLP, the attorneys of record in this matter for Defendants Milan Kiser and Diana Kiser (Defendants). I make this affidavit in support of the Defendants' Motion for Attorney's Fees and Costs.

4. In connection with this action, I performed numerous acts as attorney for Defendants and rendered various services as attorney of record in this matter.

5. In connection with the representation of Defendants, I am familiar with all of the legal services provided by my firm. These services were either performed by me or under my supervision. These services are fully and fairly described in the contemporaneous time records kept by my firm in connection with this matter.

6. Attached to this Affidavit and incorporated by reference as Exhibit "A" is a true and correct copy of the contemporaneous time records kept by my firm in this matter.

7. As reflected in the records, the services rendered included among other things, the following:

    a. Initial review of complaint; interviews with witnesses; initial research on legal defenses; initial conferences with client on factual responses to complaint; draft the answer.

    b. Attending the court mandated site inspection; drafting ENE statement and appearing for the ENE.

    c. Preparing initial disclosures and conducting initial discovery conferences with opposing counsel and exchange of documents; review of materials received in exchange of documents;

   d. Preparing a notice of deposition with request for production of documents, preparation for and taking the deposition of Plaintiff.

   e. Reviewing and opposing Plaintiff's anti-SLAPP motion.

   f. Reviewing and opposing Plaintiff's motion for summary judgment.

   g. Drafting a mandatory settlement conference brief and attending the settlement conference.

   h. Appearing for multiple pre-trial status conferences. Drfating the pre-trial conference order.

   i. Reviewing and opposing Plaintiff's motion in limine.

   j. Reviewing Plaintiff's proposed jury instructions and drafting Defendant's proposed jury instructions.

   k. Preparing for and appearing at trial.

   l. Reviewing Plaintiff's post trial brief and drafting Defendants' post trial brief.

   m. Drafting Defendants' motion for fees and costs.

8. In my professional opinion, all of these services were reasonably necessary to secure the favorable result that was secured for my clients.

9. The total number of hours expended by me that were and are chargeable to the client in this matter under the terms of the representation agreement are 148.25. I charged Defendants the rate of $275 per hour for these services, which is less than my normal hourly rate. The fees incurred to date total $40,768.75. The costs incurred to date are the court reporter's fees for the deposition of Mr. Langer which was $991.10.

10 I graduated from the State University of New York at Buffalo with a Bachelor of Arts degree in philosophy, and obtained my law degree from Western State University (now Thomas Jefferson School of Law). I was admitted to the California bar in June 1994. My areas of practice include general civil litigation, real property, and

landlord/tenant law, among other things. I also have experience defending ADA cases having represented property owners and business owners in at least three other ADA cases, including in another case filed by Mr. Langer.

11. I am familiar with the charges made by other attorneys in this area with similar education and experience, and the rates charged by me are within the range of rates typically charged by such attorneys for similar work rendered by attorneys in this area.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this day at San Diego, California.

                                    Respectfully submitted,

                                    SUPPA, TRUCCHI & HENEIN, LLP

DATE: February 16, 2021        By: /s/ Samy Henein
                                              Samy Henein, Esq.
                                              Attorneys for Defendants

# EXHIBIT A

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 91682.123003 MILAN & DIANA KISER** | | | | | | | | | |
| 91682.123003 | 02/22/2018 | 3 | A | 3 | 275.00 | 1.00 | 275.00 | Draft Letter to Isabel Masanque | ARCH |
| 91682.123003 | 03/06/2018 | 3 | A | 54 | 275.00 | 0.50 | 137.50 | Conference with Clients | ARCH |
| 91682.123003 | 03/08/2018 | 3 | A | 8 | 275.00 | 1.00 | 275.00 | Review Complaint; Legal Research re Landlord Liability and Other ADA Defenses | ARCH |
| 91682.123003 | 03/09/2018 | 3 | A | 8 | 275.00 | 0.30 | 82.50 | Review Leases | ARCH |
| 91682.123003 | 03/09/2018 | 3 | A | 2 | 275.00 | 3.50 | 962.50 | Draft Answer to Complaint | ARCH |
| 91682.123003 | 03/14/2018 | 3 | A | 18 | 275.00 | 1.30 | 357.50 | Continue Drafting/Finalize Answer to Complaint | ARCH |
| 91682.123003 | 03/26/2018 | 3 | A | 18 | 275.00 | 0.25 | 68.75 | Review Answer by Smoke Shop and Gour Maine Lobster | ARCH |
| 91682.123003 | 03/27/2018 | 3 | A | 5 | 275.00 | 0.20 | 55.00 | Telephone Call with Phyll Grace re case issues and settlement offer | ARCH |
| 91682.123003 | 03/28/2018 | 3 | A | 18 | 275.00 | 0.10 | 27.50 | Attention to Email from Plaintiff | ARCH |
| 91682.123003 | 03/28/2018 | 3 | A | 18 | 275.00 | 0.35 | 96.25 | Attention to Order re Early Neutral Evaluation | ARCH |
| 91682.123003 | 04/02/2018 | 3 | A | 5 | 275.00 | 0.20 | 55.00 | Telephone Call with Milan Kiser re ▓▓▓▓▓ | ARCH |
| 91682.123003 | 04/05/2018 | 3 | A | 18 | 275.00 | 0.35 | 96.25 | Attention to emails from Higgins and Presado; Telephone call with Milan Kiser and draft reply | ARCH |
| 91682.123003 | 04/12/2018 | 3 | A | 18 | 275.00 | 0.25 | 68.75 | Review Plaintiff's ENE statement | ARCH |
| 91682.123003 | 04/23/2018 | 3 | A | 18 | 275.00 | 1.30 | 357.50 | Attend site inspection with opposing counsel | ARCH |
| 91682.123003 | 04/23/2018 | 3 | A | 5 | 275.00 | 0.40 | 110.00 | Telephone Call with Milan and Diana re ▓▓▓▓▓ | ARCH |
| 91682.123003 | 04/25/2018 | 3 | A | 18 | 275.00 | 0.35 | 96.25 | Review draft of Joint Statement re ENE conference; Draft email to counsel re same | ARCH |
| 91682.123003 | 04/25/2018 | 3 | A | 18 | 275.00 | 1.50 | 412.50 | Legal research; Draft outline for discovery | ARCH |
| 91682.123003 | 05/01/2018 | 3 | A | 2 | 275.00 | 0.40 | 110.00 | Draft email to opposing counsel re joint ENE statement | ARCH |
| 91682.123003 | 05/10/2018 | 3 | A | 18 | 275.00 | 0.60 | 165.00 | Conference with Judge re Early Neutral Evaluation | ARCH |
| 91682.123003 | 05/24/2018 | 3 | A | 2 | 275.00 | 1.00 | 275.00 | Draft Initial Disclosures | ARCH |
| 91682.123003 | 05/25/2018 | 3 | A | 18 | 275.00 | 0.20 | 55.00 | Review Initial Disclosures by Rofail & Matthews | ARCH |
| 91682.123003 | 05/29/2018 | 3 | A | 18 | 275.00 | 0.25 | 68.75 | Review Initial Disclosures by Langer | ARCH |
| 91682.123003 | 06/04/2018 | 3 | A | 8 | 275.00 | 0.20 | 55.00 | Review 1st Amended Disclosures by Rofail & Taylor | ARCH |
| 91682.123003 | 06/19/2018 | 3 | A | 18 | 275.00 | 0.40 | 110.00 | Attention to Email from Potter Handy re Scheduling Meet and Confer; Review Rule 26; Scheduling Order; Draft Reply | ARCH |
| 91682.123003 | 06/21/2018 | 3 | A | 18 | 275.00 | 0.30 | 82.50 | Attention to Emails from Counsel re Meet and Confer Request; Draft Reply | ARCH |
| 91682.123003 | 07/05/2018 | 3 | A | 2 | 275.00 | 1.40 | 385.00 | Draft Notice of Deposition of Chris Langer; Proof of Service | ARCH |
| 91682.123003 | 08/02/2018 | 3 | A | 5 | 275.00 | 0.20 | 55.00 | Telephone Call with Elliot re Deposition of Langer | ARCH |
| 91682.123003 | 08/07/2018 | 3 | A | 8 | 275.00 | 0.30 | 82.50 | Review Scheduling Order; Exchange Emails with Opposing Counsel Deposition of Langer | ARCH |
| 91682.123003 | 08/15/2018 | 3 | A | 8 | 275.00 | 1.80 | 495.00 | Review and Revise Notice of Deposition and Request for Production of Documents | ARCH |
| 91682.123003 | 09/13/2018 | 3 | A | 8 | 275.00 | 0.80 | 220.00 | Review Objections to Notice to Produce Documents; Telephone Call with elliot Montgomery re Objections | ARCH |
| 91682.123003 | 09/13/2018 | 3 | A | 5 | 275.00 | 0.50 | 137.50 | Telephone Call with Richard Higgins re Deposition | ARCH |
| 91682.123003 | 09/14/2018 | 3 | A | 1 | 275.00 | 3.00 | 825.00 | Prepare for Deposition of Langer | ARCH |
| 91682.123003 | 09/14/2018 | 3 | A | 1 | 275.00 | 6.00 | 1,650.00 | Appearance re Deposition of Langer | ARCH |
| 91682.123003 | 11/19/2018 | 3 | A | 8 | 275.00 | 0.30 | 82.50 | Review Scheduling Order; Telephone Call with Richard Higgins re Experts | ARCH |
| 91682.123003 | 11/21/2018 | 3 | A | 18 | 275.00 | 0.50 | 137.50 | Prepare and File Counterclaim | ARCH |
| 91682.123003 | 12/14/2018 | 3 | A | 8 | 275.00 | 0.50 | 137.50 | Review AntiSLAPP Motion by Langer | ARCH |
| 91682.123003 | 12/24/2018 | 3 | A | 7 | 275.00 | 4.00 | 1,100.00 | Legal Research re Anti SLAPP laws and Elements of Trespass. Draft Opposition to Anti SLAPP Motion | ARCH |
| 91682.123003 | 12/26/2018 | 3 | A | 7 | 275.00 | 3.50 | 962.50 | Continue Legal Research and Drafting Opposition to Anti SLAPP Motion | ARCH |
| 91682.123003 | 12/28/2018 | 3 | A | 2 | 275.00 | 3.75 | 1,031.25 | Continue to Draft Opposition | ARCH |
| 91682.123003 | 12/31/2018 | 3 | A | 8 | 275.00 | 2.50 | 687.50 | Review and Finalize Opposition to Anti SLAPP Motion; Draft Declaration of Milan Kiser; File Opposition via Pacer | ARCH |
| 91682.123003 | 03/04/2019 | 3 | A | 5 | 275.00 | 0.20 | 55.00 | Telephone Call with Richard Higgins re MSJ | ARCH |
| 91682.123003 | 03/12/2019 | 3 | A | 8 | 275.00 | 3.50 | 962.50 | Review Plaintiff's Motion for Summary Judgment; Review Complaint; Legal Research re Cases on Parking Lots & Places of Public Accommodation | ARCH |
| 91682.123003 | 03/13/2019 | 3 | A | 2 | 275.00 | 4.00 | 1,100.00 | Draft Memorandum of Points and Authorities in Opposition to MSJ | ARCH |
| 91682.123003 | 03/14/2019 | 3 | A | 2 | 275.00 | 5.25 | 1,443.75 | Continue to Draft Opposition to Motion for Summary Judgment; Legal Research re Unruh Act | ARCH |
| 91682.123003 | 03/15/2019 | 3 | A | 2 | 275.00 | 1.00 | 275.00 | Draft Declaration of Milan Kiser in Opposition to MSJ | ARCH |
| 91682.123003 | 03/20/2019 | 3 | A | 8 | 275.00 | 3.75 | 1,031.25 | Review and Continue to Draft Points and Authorities; Legal Research re Mootness and ADA Right to Injunctive Relief | ARCH |
| 91682.123003 | 03/24/2019 | 3 | A | 2 | 275.00 | 2.75 | 756.25 | Continue to Draft and Review and Revise Opposition; Draft Declaration of SSH; File Opposition Papers via PACER | ARCH |
| 91682.123003 | 04/02/2019 | 3 | A | 8 | 275.00 | 0.30 | 82.50 | Review Plaintiff's Reply re Motion for Summary Judgment | ARCH |
| 91682.123003 | 04/03/2019 | 3 | A | 5 | 275.00 | 0.25 | 68.75 | Telephone Call with Richard Higgins re Pending Motions | ARCH |
| 91682.123003 | 04/23/2019 | 3 | A | 5 | 275.00 | 0.20 | 55.00 | Telephone Call with Court re Settlement Conference Scheduling | ARCH |
| 91682.123003 | 05/30/2019 | 3 | A | 8 | 275.00 | 5.50 | 1,512.50 | Review File; Legal Research; Draft Final Disclosures | ARCH |
| 91682.123003 | 06/03/2019 | 3 | A | 7 | 275.00 | 1.50 | 412.50 | Legal Research re Langer Litigation History; Review Client File | ARCH |

Detail Fee Transaction File List

Suppa, Trucchi & Henein, LLP

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 91682.123003 MILAN & DIANA KISER** | | | | | | | | | |
| 91682.123003 | 06/03/2019 | 3 | A | 2 | 275.00 | 2.00 | 550.00 | Continue to Draft Final Disclosures; File Via Pacer | ARCH |
| 91682.123003 | 06/04/2019 | 3 | A | 99 | 275.00 | 0.20 | 55.00 | Attention to Email from Chris Seabock re Trial; Draft Reply | ARCH |
| 91682.123003 | 06/06/2019 | 3 | A | 99 | 275.00 | 0.25 | 68.75 | Draft email to Chris Seabock re Meet and Confer | ARCH |
| 91682.123003 | 06/10/2019 | 3 | A | 8 | 275.00 | 0.30 | 82.50 | Review Joint Motion to Continue; Draft Email to Seabock | ARCH |
| 91682.123003 | 06/21/2019 | 3 | A | 12 | 275.00 | 0.20 | 55.00 | Attention to Order re Pretrial Conference | ARCH |
| 91682.123003 | 07/05/2019 | 3 | A | 12 | 275.00 | 0.20 | 55.00 | Attention to Email from Chris and Potter Handy; Review Joint Motion; Draft Reply | ARCH |
| 91682.123003 | 08/06/2019 | 3 | A | 12 | 275.00 | 0.20 | 55.00 | Attention to Stipulation to Continue Pre-Trial Conference; Draft Email to All Counsel | ARCH |
| 91682.123003 | 08/26/2019 | 3 | A | 8 | 275.00 | 0.50 | 137.50 | Review Order re Pretrial Conference; Review Order denying Motion for Summary Judgment and Motion to Strike | ARCH |
| 91682.123003 | 08/26/2019 | 3 | A | 5 | 275.00 | 0.20 | 55.00 | Telephone Call with Higgins re Order | ARCH |
| 91682.123003 | 09/17/2019 | 3 | A | 5 | 275.00 | 0.20 | 55.00 | Telephone Call with Richard Higgins re Mandatory Settlement Conference | ARCH |
| 91682.123003 | 09/17/2019 | 3 | A | 2 | 275.00 | 0.20 | 55.00 | Draft Email to Chris Seawell re Scheduling Order | ARCH |
| 91682.123003 | 09/20/2019 | 3 | A | 12 | 275.00 | 0.30 | 82.50 | Attention to Emails from Higgins & Sealode re Mandatory Settlement Conference | ARCH |
| 91682.123003 | 09/23/2019 | 3 | A | 2 | 275.00 | 2.50 | 687.50 | Draft Mandatory Settlement Conference Brief | ARCH |
| 91682.123003 | 09/23/2019 | 3 | A | 8 | 275.00 | 0.25 | 68.75 | Review Re Mandatory Settlement Conference Brief by Higgins | ARCH |
| 91682.123003 | 10/03/2019 | 3 | A | 1 | 275.00 | 3.00 | 825.00 | Court Appearance re Settlement Conference | ARCH |
| 91682.123003 | 10/04/2019 | 3 | A | 12 | 275.00 | 0.20 | 55.00 | Attention to Order re Telephonic Conference | ARCH |
| 91682.123003 | 10/07/2019 | 3 | A | 5 | 275.00 | 0.25 | 68.75 | Telephone Call with Milan re Settlement | ARCH |
| 91682.123003 | 10/08/2019 | 3 | A | 5 | 275.00 | 0.25 | 68.75 | Telephone Call with Judge Goddard re Settlement | ARCH |
| 91682.123003 | 10/28/2019 | 3 | A | 5 | 275.00 | 0.50 | 137.50 | Telephone Conference Call with Vallenti & Higgins re Pre Trial Order | ARCH |
| 91682.123003 | 10/29/2019 | 3 | A | 8 | 275.00 | 3.00 | 825.00 | Review Plaintiff's Proposed Trial Order; Draft Defendant's Portion of Order | ARCH |
| 91682.123003 | 10/30/2019 | 3 | A | 5 | 275.00 | 0.20 | 55.00 | Telephone Call with Higgins re Proposed Trial Order | ARCH |
| 91682.123003 | 11/01/2019 | 3 | A | 18 | 275.00 | 0.25 | 68.75 | Revise PreTrial Order; Draft Email to Vallenti | ARCH |
| 91682.123003 | 11/01/2019 | 3 | A | 5 | 275.00 | 0.25 | 68.75 | Telephone Call with Judge Godard re Settlement | ARCH |
| 91682.123003 | 11/11/2019 | 3 | A | 8 | 275.00 | 0.50 | 137.50 | Review Court Docket; Prepare for PreTrial Hearing | ARCH |
| 91682.123003 | 11/12/2019 | 3 | A | 1 | 275.00 | 1.00 | 275.00 | Court Appearance re PreTrial Hearing | ARCH |
| 91682.123003 | 12/18/2019 | 3 | A | 8 | 275.00 | 0.50 | 137.50 | Review second draft of Pretrial Conference Order and draft changes and additions to Order. | ARCH |
| 91682.123003 | 12/19/2019 | 3 | A | 1 | 275.00 | 1.25 | 343.75 | Court Appearance re Pretrial Status Conference | ARCH |
| 91682.123003 | 12/19/2019 | 3 | A | 2 | 275.00 | 2.00 | 550.00 | Draft PTCO re Contentions, Defenses and Exhibit List | ARCH |
| 91682.123003 | 01/30/2020 | 3 | A | 8 | 275.00 | 0.30 | 82.50 | Review Notice of Lodgment and Docket re Compliance with Order. | ARCH |
| 91682.123003 | 02/10/2020 | 3 | A | 1 | 275.00 | 1.50 | 412.50 | Court Appearance re Pretrial Status Conference | ARCH |
| 91682.123003 | 02/18/2020 | 3 | A | 2 | 275.00 | 0.20 | 55.00 | Draft email to Bradley Smith re Langer deposition transcript | ARCH |
| 91682.123003 | 03/02/2020 | 3 | A | 1 | 275.00 | 0.40 | 110.00 | Research re FRCP 41/Review and respond to emails re stipulation/Revise stipulation | ARCH |
| 91682.123003 | 03/10/2020 | 3 | A | 1 | 275.00 | 1.50 | 412.50 | Legal Research re cases cited by Langer in MIL#1 | ARCH |
| 91682.123003 | 03/10/2020 | 3 | A | 8 | 275.00 | 0.40 | 110.00 | Review Plaintiff's Motion in Limine and Supporting Documents | ARCH |
| 91682.123003 | 03/12/2020 | 3 | A | 1 | 275.00 | 1.00 | 275.00 | Legal Research re Standing and Prior lawsuits | ARCH |
| 91682.123003 | 03/19/2020 | 3 | A | 1 | 275.00 | 4.50 | 1,237.50 | Draft Opposition to Motion in Limine | ARCH |
| 91682.123003 | 03/20/2020 | 3 | A | 1 | 275.00 | 3.50 | 962.50 | Continue Drafting Opposition to Motion in Limine and Review Deposition Transcript | ARCH |
| 91682.123003 | 03/23/2020 | 3 | A | 1 | 275.00 | 1.25 | 343.75 | Draft Declaration of SSH in Opposition to MIL #1; Draft Request for Judicial Notice; Draft Draft Proof of Service re Motion; E-File via PACER | ARCH |
| 91682.123003 | 04/28/2020 | 3 | A | 1 | 275.00 | 2.50 | 687.50 | Review Plaintiff's Proposed Jury Instructions/Legal Research re authorities for Defendant's Proposed Instructions & Draft Defendant's Proposed Jury Instructions | ARCH |
| 91682.123003 | 09/28/2020 | 3 | A | 1 | 275.00 | 0.50 | 137.50 | Telephone Conference with Judge Benitez and James Boyd re Trial Readiness | ARCH |
| 91682.123003 | 09/29/2020 | 3 | A | 1 | 275.00 | 6.50 | 1,787.50 | Review Exhibits and Pleadings/Prepare for Trial | ARCH |
| 91682.123003 | 09/30/2020 | 3 | A | 1 | 275.00 | 5.00 | 1,375.00 | Court Appearance re Trial | ARCH |
| 91682.123003 | 10/06/2020 | 3 | A | 1 | 275.00 | 1.00 | 275.00 | Meeting with Milan and Diana re Trial debriefing and Lease violations by Taylor | ARCH |
| 91682.123003 | 10/14/2020 | 3 | A | 1 | 275.00 | 1.00 | 275.00 | Draft Letter to David and Gael Taylor re parking lot issues | ARCH |
| 91682.123003 | 10/20/2020 | 3 | A | 1 | 275.00 | 0.50 | 137.50 | Review Order on Motion in Limine | ARCH |
| 91682.123003 | 10/20/2020 | 3 | A | 1 | 275.00 | 4.00 | 1,100.00 | Review Plaintiff's Post Trial Brief/Legal Research / Draft Defendants' Post Trial Brief | ARCH |
| 91682.123003 | 10/21/2020 | 3 | A | 1 | 275.00 | 5.00 | 1,375.00 | Continue Drafting Defendants' Post Trial Brief | ARCH |
| 91682.123003 | 02/01/2021 | 3 | P | 1 | 275.00 | 1.00 | 275.00 | Review Findings of Fact and Conclusions of Law (35 pages) | 109 |
| 91682.123003 | 02/01/2021 | 3 | P | 1 | 275.00 | 0.30 | 82.50 | TC with Client re ▮▮▮▮▮▮▮▮▮ | 110 |
| 91682.123003 | 02/02/2021 | 3 | P | 1 | 275.00 | 1.30 | 357.50 | Legal research re attorney fee awards in ADA cases | 111 |
| 91682.123003 | 02/11/2021 | 3 | P | 1 | 275.00 | 4.50 | 1,237.50 | Legal research re cases identifying standards for frivolous, unreasonable or unfounded; Draft Points and Authorities re Fee Motion | 112 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date: 02/15/2021 | | | | | Detail Fee Transaction File List | | | Page: 3 |
| | | | | | Suppa, Trucchi & Henein, LLP | | | |

| Client | Trans Date | Tmkr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 91682.123003 MILAN & DIANA KISER** | | | | | | | | | |
| 91682.123003 | 02/12/2021 | 3 | P | 1 | 275.00 | 4.50 | 1,237.50 | Continue drafting points and authorities re fee motion; draft motion for fees; draft notice of hearing | 113 |
| 91682.123003 | 02/14/2021 | 3 | P | 1 | 275.00 | 2.00 | 550.00 | Draft Declaration of SSH in support of fee motion | 114 |
| **Total for Client ID 91682.123003** | | | | | Billable | 148.25 | 40,768.75 | MILAN & DIANA KISER<br>FILE NAME: CHRIS LANGER | |

| | | | | **GRAND TOTALS** | | |
|---|---|---|---|---|---|---|
| | | | Billable | 148.25 | 40,768.75 | |

# PROOF OF SERVICE

I am over the age of 18 and not a party to this case. My business address is 3055 India Street San Diego, CA 92103-6013 The foregoing document will be served by the court via NEF and hyperlink to the document. On February 16, 2021, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Isabel Rose Masanque
Email: isabelm@potterhandy.com

Bradley Alan Smith
Email: bradleys@potterhandy.com

Christopher A. Seabock
Email: ChrisS@potterhandy.com

Russell C Handy
Email: russ@potterhandy.com

James Boyd
boydcrimelaw@gmail.com,

Richard Arthur Higgins
Email: richard@rahiggins.net

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

DATE: February 16, 2021        By: /s/ Samy Henein
                                   Samy Henein, Esq.