| | |
|---|---|
| 1 | Samy S. Henein, Esq. (#171356) |
| | SUPPA, TRUCCHI & HENEIN, LLP. |
| 2 | 3055 India Street |
| | San Diego, CA  92103-6013 |
| 3 | Telephone No. (619) 297-7330 |
| 4 | Attorneys for DIANA KISER and MILAN |
| | KISER INDIVIDUALLY AND AS TRUSTEES |
| 5 | OF THE MILAN AND DIANA KISER |
| | REVOCABLE TRUST DATED AUGUST 19, |
| 6 | 2003 |

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer, | Case No.: 18-CV0195 BEN NLS |
| Plaintiff, | |
| v. | |
| | **DEFENDANTS MILAN AND DIANA** |
| Milan Kiser, in individual and representative | **KISER'S NOTICE OF MOTION FOR** |
| capacity as trustee of the Milan and Diana Kiser | **AWARD OF ATTORNEYS FEES AND** |
| Revocable Trust dated August 19, 2003; Diana | **COSTS AGAINST PLAINTIFF CHRIS** |
| Kiser, in individual and representative capacity | **LANGER** |
| as trustee of the Milan and Diana Kiser | |
| Revocable Trust dated August 19, 2003;Frank P. | |
| Rofail; David Matthew Taylor; and Does | Date: March 22, 2021 |
| 1-10, | Time: 10:30 a.m. |
| | Ctrm: 5A |
| Defendants. | |
| | |
| Milan and Diana Kiser as Trustees of the Milan | Hon. Roger T. Benitez |
| and Diana Kiser Revocable Trust dated August | |
| 19, 2003, | |
| | |
| Counterclaimaints, | |
| v. | |
| | |
| Chris Langer; and Roes 1-20, | |
| | |
| Counterclaim Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on March 22, 2021, at 10:30 a.m., in Courtroom 5A of the above captioned court located at 221 W Broadway, San Diego, Ca. 92101, Defendants MILAN KISER and DIANA KISER, will and do hereby move the Court for an award of $40,768.75 in attorneys fees and $991.10 in costs against Plaintiff CHRIS LANGER pursuant to the Court's judgment and 42 U.S.C. § 12205.

This motion is based upon this Notice, the accompanying Motion, Memorandum of Points and Authorities, Declaration of Samy Henein, the records and file herein, and any such evidence as may be presented at the hearing of this Motion.

Respectfully submitted,

SUPPA, TRUCCHI & HENEIN, LLP

DATE: February 16, 2021                    By: /s/ Samy Henein
                                               Samy Henein, Esq.
                                               Attorneys for Defendants

# PROOF OF SERVICE

I am over the age of 18 and not a party to this case. My business address is 3055 India Street San Diego, CA 92103-6013 The foregoing document will be served by the court via NEF and hyperlink to the document. On February 16, 2021, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Isabel Rose Masanque
Email: isabelm@potterhandy.com

Bradley Alan Smith
Email: bradleys@potterhandy.com

Christopher A. Seabock
Email: ChrisS@potterhandy.com

Russell C Handy
Email: russ@potterhandy.com

James Boyd
boydcrimelaw@gmail.com,

Richard Arthur Higgins
Email: richard@rahiggins.net

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

DATE: February 16, 2021                    By: /s/ Samy Henein
                                                Samy Henein, Esq.